720

## Commonwealth *v.* Smith, Appellant.

Before DOTY, J.

Submitted June 9, 1975. *Herman Weiner,* for appellant; *Guy R. Sciolla, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Thomas, Appellant.

Before GRIFO, J.

Submitted September 8, 1975. *Mark S. Refowich,* Assistant Public Defender, for appellant; *Allan B. Goodman,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Traynham, Appellant.

Before DOTY, J.

Submitted September 8, 1975. *Allen N. Abrams,* for appellant; *Steven H. Goldblatt,* Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.